# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON LEON GRIFFIN

NO. 2025 KW 0856

**NOVEMBER 17, 2025**

---

In Re:    Jason Leon Griffin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5305-F-2020.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1. Relator failed to include a copy of the "Motion to Request Documents in Anticipation of Filing an Application for Post-Conviction Relief," the district court's ruling thereon, and any other documents from the district court record that might support the claims presented for review. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before January 13, 2026. Any future filing on the issues presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                    **SMM**
                    **BDE**
                    **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT